1
2
3
4
5
6
7    **UNITED STATES DISTRICT COURT**
8    **SOUTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| MILA IRAKUNDA,<br><br>                                   Petitioner,<br><br>v.<br><br>B. CATES, Acting Warden, et al.,<br><br>                                   Respondents. | Case No. 20cv1870-MMA (BGS)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 2] |

On September 21, 2020, Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 along with a motion to proceed in forma pauperis. *See* Doc. Nos. 1, 2. Petitioner has $0.02 on account at the California correctional institution in which he is presently confined, *see* Doc. No. 2 at 7, and cannot afford the $5.00 filing fee. Accordingly, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis and allows him to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security. The Court **DIRECTS** the Clerk of the Court to file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED**.

DATE: September 25, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge